IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-350-DCK

| | |
|---|---|
| KAREN E. LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Judgment On The Pleadings F. R. Civ. Pro. 12(c)" (Document No. 16) filed November 27, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion without prejudice to re-file.

Plaintiff failed to comply with "Social Security Scheduling Order," 3:13-MC-198, linked to the docket of this case on September 1, 2017.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Judgment On The Pleadings F. R. Civ. Pro. 12(c)" (Document No. 16) is **DENIED WITHOUT PREJUDICE**. Plaintiff shall have up to and including **December 8, 2017** to file a Motion for Summary Judgment and supporting Memorandum.

**SO ORDERED**.

Signed: November 28, 2017

David C. Keesler
United States Magistrate Judge