IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-350-DCK

| KAREN E. LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Unopposed Motion To Reset Due Dates" (Document No. 21) filed December 28, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting Plaintiff's counsel has no objection to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Unopposed Motion To Reset Due Dates" (Document No. 21) is **GRANTED**. Defendant shall have up to and including **February 5, 2018** to file a Motion for Summary Judgment and supporting Memorandum.

Signed: December 29, 2017

David C. Keesler
United States Magistrate Judge